## Munroe v. Haas.

Little, J.  Where, upon the trial in a justice's court of an action upon a promissory note signed by a husband and wife, there was affirmative and uncontradicted evidence that the latter, in signing, contracted as a surety only, which fact was known to the agent of the payee by whom the note was taken, a verdict against the wife was contrary to law, and the superior court erred in not setting it aside on certiorari.

*Judgment reversed. All concurring, except Cobb, J., absent.*

Submitted February 2?, — Decided March 24, 1898.

Certiorari. Before Judge Janes. Haralson superior court. January term, 1897.

*E. S. Griffith,* for plaintiff in error.